THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                                                              **PLAINTIFF**
**#650936**

v.                            Case No. 4:22-cv-00547-KGB

**GORMAN,** *et al.*                                                                                **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendation") filed by United States Magistrate Judge Patricia S. Harris (Dkt. No. 20). No party has filed objections, and the time for filing objections has passed. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. The Court dismisses without prejudice plaintiff Carlos Ray Frazier's complaint for failure to prosecute and denies as moot all remaining pending motions (Dkt. Nos. 13; 15). The Court also certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 27th day of February, 2023.

Kristine G. Baker
United States District Judge